**Order entered July 26, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01198-CR
No. 05-16-01199-CR
No. 05-16-01200-CR

**JUAN GONZALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-59544-V, F16-30853-V, F16-30859-V**

## ORDER

In cause nos. 05-16-01198-CR and 05-16-0199-CR, appellant has requested permission to file a response to counsel's *Anders* brief. Because our records show appellant did not receive access to the appellate record until the date his response was due, we **EXTEND** the time to file his pro se response until August 25, 2017.

/s/  LANA MYERS
   JUSTICE